```
ROBERT J. BELES (Cal. Bar No. 41993)
ANNE C. BELES (Cal. Bar No. 200276)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorneys for Defendant
DENISE LASHAWN REED
```

United States District Court

Northern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CR No. 12-00878-YGR-1** |
| | ) | |
| Plaintiff, | ) | **(CORRECTED) STIPULATION AND** |
| | ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | ) | |
| | ) | |
| DENISE LASHAWN REED, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**(CORRECTED) STIPULATION MODIFYING CONDITIONS OF RELEASE**

Ms. Reed wishes to be allowed to leave her home to attend her daughter's engagement party on Saturday, February 23, 2013.

Ms. Reed's conditions of release do not currently allow her to leave her home in Dublin, California except for court appearances and meetings with counsel.

It is requested and agreed that Ms. Reed be allowed to leave her home to attend her daughter's engagement party at Horatio's restaurant on Saturday February 23, 2013, from 6:00 p.m. to 12:00 a.m.

Defense counsel has spoken with Pretrial Services Officer Nelson G. Barao, who is in agreement with this proposed stipulation.

Accordingly, the parties agree and stipulate that Ms. Reed's

release conditions shall be modified to permit her to leave her home to travel to Horatio's restaurant in San Leandro, California to attend her daughter's engagement party between the hours of 6:00 p.m. and Midnight on Saturday, February 23, 2013.

**IT IS SO STIPULATED.**

February 22, 2013
DATE

/s/
ROBERT J. BELES

*Attorney for Defendant*
*DENISE LASHAWN REED*

February 22, 2013
DATE

/s/
CYNTHIA STIER

Attorney for *Plaintiff*
*UNITED STATES OF AMERICA*

February 22, 2013

/s/
NELSON G. BARAO

Pretrial Services Officer
U.S. OFFICE OF PRETRIAL SERVICES

**IT IS SO ORDERED.**

DATED: 2/22/13

GRANTED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Magistrate Judge