JULIA JAYNE (State Bar No. 202753)
Email: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
425 California Street, Suite 550
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
DENISE REED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 12-00878 YGR |
|---|---|
| v. | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DENISE REED |
| DENISE REED | |

On May 30, 2013, Defendant Denise Reed filed with this Court a Stipulation for the Substitution of her counsel, signed by Ms. Reed, by current-counsel Robert Beles and Anne Beles, and by anticipated future counsel Julia Jayne. Ms. Reed seeks to have the Beles firm relieved as counsel, and for Julia Jayne of the Jayne Law Group, P.C. to be named as lead counsel (retained).

After due consideration of the filed stipulation [and arguments of counsel] the Court finds that:

1. Robert Beles and Anne Beles are relieved as counsel for Denise Reed.

2. Julia Jayne shall be lead counsel for Denise Reed.

IT IS SO ORDERED.

Dated: June __6__ 2013

_____
Hon. Yvonne Gonzales Rogers
United States District Court Judge